# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| US SKYLINE, INC., § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:24-cv-01014 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| LOAN RANGER CAPITAL § | |
| INVESTMENTS REIT, LLC, § | |
| § | |
| *Defendant.* § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #13) that the case be remanded for lack of subject-matter jurisdiction.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the case is hereby **REMANDED** to the 429th Judicial District Court, Collin County, Texas.

**IT IS SO ORDERED**.

SIGNED this 11th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE